

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2015

No. 04-14-00519-CV

**IN RE STATE FARM FIRE & CASUALTY COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

Relator State Farm Fire & Casualty Company filed a petition for a writ of mandamus complaining of a June 12, 2014, order denying its plea to the jurisdiction. Relator seeks a writ of mandamus directing the trial judge to dismiss the real party in interest's suit against it for lack of subject matter jurisdiction. The trial court's order was signed by the Honorable Barbara Nellermoe, who was then the judge of the 45th Judicial District Court of Bexar County, Texas. However, respondent is no longer the judge of that court. When one named in his official capacity as a party to an original proceeding no longer holds the office, abatement is required to allow that party's successor to "reconsider the original party's decision." TEX. R. APP. P. 7.2(b).

Accordingly, we **order** the substitution of Judge Stephani Walsh as respondent in this original proceeding, and we **abate** the case for 60 days from the date of this order. *See* TEX. R. APP. P. 7.2(a),(b). During the period of abatement, relator shall present to Judge Walsh the issues made the subject of the pending petition for writ of mandamus. The trial judge is directed to consider the challenged order and underlying matters and determine whether the challenged order should remain in effect, be modified, or be set aside, and render a new order accordingly.

We further **order** relator to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than fifteen days following the trial court's ruling.

---

[1] This proceeding arises out of Cause No. 2010-CI-02326, styled *Ronald Mensch v. State Farm Fire & Casualty Company and Texas Department of Insurance - Division of Workers' Compensation*, pending in the 73rd Judicial District Court, Bexar County, Texas, in which the Honorable Barbara Hanson Nellermoe was the judge presiding.

It is so **ORDERED** on January 27, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court